E-FILED
Thursday, 22 December, 2011  03:06:15 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 01-30115 |
| | ) | |
| BENNIE DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Agreed Motion to Reduce Sentence, to which the United States Probation Office and the United States Attorney's Office have no objection.  <u>See</u> d/e 99.  For the reasons stated therein, the Agreed Motion to Reduce Sentence (d/e 99) is GRANTED.  An Amended Judgment will be entered with a sentence of 235 months' imprisonment.  The Motion For Retroactive Application of Sentencing Guidelines filed December 1, 2011 (d/e 98) is DENIED AS MOOT.

IT IS SO ORDERED.

ENTERED: December 22, 2011

FOR THE COURT:

                              s/ Sue E. Myerscough
                            SUE E. MYERSCOUGH
                        UNITED STATES DISTRICT JUDGE